In the Matter of MICHELINA POLITO, Respondent, against NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Order granting application, pursuant to section 50-e of the General Municipal Law, for leave to serve a notice of claim for damages for personal injuries more than ninety days after the claim arose reversed on the law and the facts, without costs, and application denied, without costs. It is alleged that respondent, while walking underneath an elevated structure in Brooklyn, was struck by a piece of railroad tie and sustained certain head injuries, including post-concussion syndrome with headaches and dizziness. Within the ninety-day period after the accident occurred, a notice of claim was served upon the City of New York but not upon appellant, respondent's attorney not then realizing that the city had a few weeks before the accident leased the elevated structure to appellant. Respondent asserts that her failure to serve a notice of claim upon appellant was due to her mental and physical incapacity, coupled with said lack of information on the part of her attorney. However, her physican's certificate describing her injuries does not show that they disabled her from filing a proper, timely notice, nor is there other sufficient basis in the record for such a finding. In the circumstances, she is not entitled to the relief sought. (General Municipal Law, § 50-e; *Matter of Coyle* v. *New York City Tr. Auth.*, 283 App. Div. 1083.) Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

■

In the Matter of the Probate of the Will of PHILIP SCHOENFELD, Deceased. CELIA ISAACS, Appellant; MURRAY B. FELTON et al., Respondents.— In a probate proceeding, the contestant appeals from an order of the Surrogate's Court, Kings County, denying her motion to examine before trial certain charitable, religious, and educational organizations. Order affirmed, with one bill of $50 costs and disbursements to the special guardian and the respondents who joined in the brief in this court, payable by the appellant personally. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

■

In the Matter of JOHN E. SHEEHAN, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.— Appeal from an order annulling appellant's determination, which revoked the taxicab owner's license of respondent, and directing that the license be reinstated and that a new license be issued. The license was revoked on the ground that respondent, the record owner, is not the true owner, and on the further ground that he had failed to comply with provisions of law and departmental regulations relating to duties and responsibilities of taxicab owners. Order unanimously affirmed, with $10 costs and disbursments. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.